**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Karen M. Stratton,<br><br>  Plaintiff,<br><br> v.<br><br>American Medical Security, Inc., et al.,<br><br>  Defendants. | No. CV-07-1491-PHX-SMM<br><br>**ORDER** |

The parties in this matter filed a joint Stipulation regarding Pretrial Discovery (Dkt. 33), indicating their belief that Defendants' motion to dismiss is potentially dispositive of the issues in the case. The parties therefore requested that their pretrial discovery obligations be stayed pending the Court's ruling on the motion to dismiss. Good cause appearing,

**IT IS HEREBY ORDERED** staying pretrial discovery obligations pending the Court's order on Defendants' motion to dismiss, upon which the parties' remaining pretrial discovery obligations, if any, shall automatically resume.

DATED this 24th day of October, 2007.

Stephen M. McNamee
United States District Judge