**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Karen M. Stratton,

            Plaintiff,

       v.

American Medical Security, Inc., et al.,

            Defendants.

CIV-07-1491-PHX-SMM

**ORDER**

       Pursuant to the parties' Stipulation for Dismissal filed by the parties (Dkt. 36) and good cause appearing therefore,

       **IT IS HEREBY ORDERED** granting Plaintiff until **November 9, 2007** to respond to Defendants' Motion to Dismiss.

       DATED this 29th day of October, 2007.

Stephen M. McNamee
United States District Judge