**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karen M. Stratton, et al., ) | No. CV-07-1491-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| American Medical Security, Inc., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court is the parties' Joint Stipulation re Case Schedule (Dkt. 43). The Stipulation proposes a method to narrow the litigation and address class certification issues in a manner that will promote judicial economy. Although the Court appreciates the parties' diligence and planning, these issues will be addressed at the Preliminary Pretrial Conference currently scheduled for July 21, 2008. Therefore the Court will reserve these issues until that time, and have the resulting Scheduling Order be the sole source of pretrial deadlines in this matter. Accordingly,

**IT IS HEREBY ORDERED** denying the Joint Stipulation re Case Schedule (Dkt. 43).

DATED this 4th day of June, 2008.

Stephen M. McNamee
United States District Judge