**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Karen M. Stratton,<br><br>    Plaintiff,<br><br>v.<br><br>American Medical Security, Inc., et al.,<br><br>    Defendants. | CIV-07-1491-PHX-SMM<br><br>**ORDER** |

    Having considered the parties' Joint Stipulation for Dismissal With Prejudice of Defendant Taxpayers Network, Inc. (Dkt. 46),

    **IT IS HEREBY ORDERED** that Defendant Taxpayers Network, Inc. is dismissed from this action with prejudice, with each party to bear its own costs and attorney's fees.

    DATED this 14th day of July, 2008.

_____
Stephen M. McNamee
United States District Judge