**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karen M. Stratton,<br><br>　　　　Plaintiff,<br><br>v.<br><br>American Medical Security, Inc., et al.,<br><br>　　　　Defendants. | No. CV-07-1491-PHX-SMM<br><br>**ORDER** |

On July 21, 2008, a Scheduling Conference was held in open court. The parties expressed their agreement to bifurcate discovery, whereby merits discovery would be stayed while class certification is litigated. The Court will adopt the parties' proposed class discovery deadlines (Dkt. 50), and hold an additional Scheduling Conference once the issue of class certification is decided.

Accordingly,

**IT IS HEREBY ORDERED** adopting the parties proposed deadlines on class discovery as set forth in page 16 the parties' proposed case management plan (Dkt. 50).

DATED this 22nd day of July, 2008.

Stephen M. McNamee
United States District Judge